[No. 18452–1–I.   Division One.   August 15, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. TROY WILSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–01926–8, John M. Darrah, J., entered

April 11, 1986. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Grosse, JJ.